**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1101**

---

LAWRENCE K. SILVA, Ph.D.,

Plaintiff - Appellant,

versus

BOWIE STATE UNIVERSITY, part of the University
System of Maryland,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:04-cv-
01984-RWT)

---

Submitted: July 27, 2007          Decided: August 2, 2007

---

Before TRAXLER and KING, Circuit Judges, and WILKINS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lawrence K. Silva, Appellant Pro Se. John Joseph Curran, Jr., Sara
Slaff, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence K. Silva appeals from the district court's order granting summary judgment in favor of his former employer on Silva's claim of retaliatory discharge. We have reviewed the record[*] and find no reversible error. Accordingly, we affirm for the reasons stated by the court at the hearing held on January 22, 2007. See <u>Silva v. Bowie State Univ.</u>, No. 8:04-cv-01984-RWT (D. Md. Jan. 22, 2007; filed Jan. 24, 2007 & entered Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Silva presents on appeal a letter dated April 15, 2002, that was not before the district court. "It is well established that affidavits and exhibits not before the [district] court in making its decision are not to be considered on appeal." <u>Kaiser Aluminum & Chem. Corp. v. Westinghouse Elec. Corp.</u>, 981 F.2d 136, 140 (4th Cir. 1992). In any event, we have reviewed the letter and conclude that it does not warrant relief on appeal.